```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    1:19-cr-00169-VM-4
                                      :
    -against-                         :
                                      :    ORDER
    Alberto Pellot                    :
                                      :    Defendant
                                      :
                                      :
--------------------------------------X
```

Victor Marrero, United States District Judge:

ORDERED that the defendant's conditions of release be modified to remove electronic monitoring and curfew. All other remaining conditions to remain in effect.

Dated: New York, New York
       January ___, 2020

SO ORDERED

Victor Marrero
United States District Judge

PS 8
(Rev. 12/04)

# CONFIDENTIAL PRETRIAL INFORMATION

## THE ATTACHED ORDER SHOULD ONLY BE MADE PART OF THE PUBLIC RECORD.

UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs.     Dones, et al     Docket No. _____

**Petition for Action on Conditions of Pretrial Release**

COMES NOW _____Bernisa M. Mejia_____ , Pretrial Services Officer, presenting an official report upon the conduct of defendant _____Alberto Pellot_____ , who was placed under pretrial release supervision by the Honorable _____Katharine H. Parker_____ , sitting in the court at _____500 Pearl St._____ on the __8__ date of _____January_____ , __2019__ under the following conditions:

AGREED CONDITIONS OF RELEASE: $50,000 PRB; 2 FRP'S; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Strict Pretrial Supervision; Drug Testing/Treatment As Directed by PTS; Mental Health Evaluation/Treatment As Directed by PTS; Home Detention; GPS; Deft to Be Released on Own Signature; Remaining Conditions to Be Met by 1/23/19; No Contact with Co-Defendants Outside Presence of Counsel; Deft Shall Not Visit/Go to Diner Where Alleged Crime Took Place; Deft to Report to 500 Pearl St Courthouse at 9:00 am on 1/9/19 to PTS for GPS Fitting

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
The Court to modify the defendant's release conditions to remove the requirement of electronic location monitoring and curfew due to continuous cellular signal issues and equipment malfunction generated at the defendant's residence. In addition, the ankle monitor is extremely difficult for the defendant to wear as he regularly experiences ankle swelling from a medical condition for which he has been hospitalized on previous occasions.

Assistant United States Attorney Justin Rodriguez and defense counsel Benjamin A. Silverman do not object to this modification. Be advised the defendant has maintained full compliance with the conditions of release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 10, 2020

    Bernisa M. Mejia
United States Pretrial Services Officer

Place     Southern District of New York