```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 1, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,

    -against-

ALBERTO PELLOT,

           Defendant.
-----------------------------------X

19 CR 169(VM)

ORDER

**VICTOR MARRERO, U.S.D.J.:**

Attorney Benjamin Silverman has requested to be appointed as counsel for defendant Alberto Pellot pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (See Dkt. No. 222.) Benjamin Silverman is hereby appointed as CJA counsel for purposes of filing a motion for compassionate release on Pellot's behalf.

The Court requests that, in addition to documenting Pellot's exhaustion efforts and any circumstances Pellot considers extraordinary and compelling, counsel provide evidence supporting Pellot's arguments in any motion submitted to the Court.

**SO ORDERED:**

Dated:   New York, New York
         1 February 2021

                                              Victor Marrero
                                                U.S.D.J.